EMMA L. VUNCK et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claims Nos. 25408, 25409.)— Motion for reargument denied. Motion for

leave to appeal to the Court of Appeals denied, without costs. [See *ante,* p. 934.] All concur.